UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES JOSEPH LAWSON,

    Plaintiff,

v.

SCOTT HOMES, M.D., et al.,

    Defendants.

_____/

Case No. 1:09-cv-551

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

Having issued an order adopting a report and recommendation and granting defendants' motions for summary judgment, pursuant to FED.R.CIV.P. 58, **JUDGMENT** is hereby entered in favor of defendants and against plaintiff.

Date: June 30, 2010

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge